C-13-15(c)(ECF)
(Rev. 11/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Sharon Twitty      SSN ###-##-5008 )       **Motion and Order**
)
)      No: B 07-80362 C-13D
    Debtor )
)

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

The Order confirming this Plan provided that if the Debtor defaulted in payments for 30 or more days, then in such event the Debtor would be automatically dismissed **WITH PREJUDICE FOR 180 DAYS** as to the refiling of any bankruptcy petition without further notice and hearing. The Debtor has defaulted and the last full payment was for October, 2007 and is delinquent in the amount of $2,574.00.

The Standing Trustee respectfully recommends to the Court that the Debtor's case be automatically dismissed without further hearing and the dismissal shall be **WITH PREJUDICE** so as to bar the Debtor from seeking relief under Chapter 13 by the filing of a Chapter 13 petition or otherwise seeking relief under Chapter 13 for a **PERIOD OF 180** DAYS from the date of the dismissal.


Date: January 8, 2008                                                    s/Richard M. Hutson, II
RMH:lp                                                                     Richard M. Hutson, II, Standing Trustee

-------------------------------------------------------------------------------------------------------------------

## ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and this case is dismissed **WITH PREJUDICE FOR 180 DAYS** as to the refiling of a Chapter 13 Petition for relief under Title 11 of the United States Bankruptcy Code; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties on the attached Parties to be Served List.

PARTIES TO BE SERVED
PAGE 1 OF 1
B 07-80362 C-13D

Sharon Twitty
151 Hester Road
Post Office Box 763
Norlina, NC 27563

Donald D. Pergerson, Esq.
Post Office Box 2289
Henderson, NC 27536

Richard M. Hutson, II, Esq.
Standing Trustee
PO Box 3613
Durham, NC 27702

Michael D. West, Esq.
U.S. Bankruptcy Administrator
PO Box 1828
Greensboro, NC 27402